ROBERT O. KURTH, JR.
Nevada Bar No. 4659
**KURTH LAW OFFICE**
3420 N. Buffalo Drive
Las Vegas, NV  89129
Tel: (702) 438-5810
Fax: (702) 459-1585
Email: Robert.kurthlawoffice@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTY T. PORTER, JR., an individual; and KASANDRA LAFAYE PORTER, an individual,<br><br>               Plaintiffs,<br><br>vs.<br><br>OFFICER VLADIMIR BUTLER, an individual; OFFICER ADAM BORDEN, an individual; OFFICER ANTONIO CHAVEZ, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Nevada governmental entity; DOES I - X; and ROES I - X, inclusive,<br><br>               Defendants. | Case No. 2:25-cv-02510<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION [ECF 8] (First Request)** |

COMES NOW the Parties, the Plaintiffs, DUSTY T. PORTER, JR. and KASANDRA LAFAYE PORTER, by and through their counsel, Robert O. Kurth, Jr. of the KURTH LAW OFFICE, and the Defendants, OFFICER VLADIMIR BUTLER, OFFICER ADAM BORDEN, OFFICER ANTONIO CHAVEZ, and the LAS VEGAS METROPOLITAN POLICE DEPARTMENT, by and through their attorney, Craig R. Anderson, Esq. of the law firm of MARQUIS AURBACH, and hereby STIPULATE AND AGREE to extend the time for the Plaintiffs to file an Opposition to the *Defendants Ofc. Butler, Ofc. Borden, Ofc. Chavez and LVMPD's Motion*

*for Partial Dismissal [ECF 2]* that was filed on or about December 17, 2025 for two (2) weeks or until January 14, 2025. This is the first request for an extension of time. Good cause exists to grant the requested extension as the Plaintiffs' counsel recently underwent carpal tunnel and cubital surgery and is short staffed during the holiday season and needs additional time to respond to the pending Motion. All parties agree to the extension of time and granting the requested relief will not prejudice any party. This Stipulation and Order is sought in good faith and is not for purposes of delay and is the first request for an extension of the time to file the Opposition.

Dated this 31st day of December 2025.                    Dated this 31st day of December 2025.

Respectfully submitted by:                                         Respectfully submitted by:
**KURTH LAW OFFICE**                                           **MARQUIS AURBACH**

 /s/ Robert O. Kurth, Jr.                                                /s/ Craig R. Anderson
ROBERT O. KURTH, JR.                                           CRAIG R. ANDERSON
Nevada Bar No. 4659                                                Nevada Bar No. 6882
3420 N. Buffalo Drive                                                 10001 Park Run Drive
Las Vegas, NV  89129                                               Las Vegas, NV 89145
Tel: (702) 438-5810                                                    Tel: (702) 382-0711
Fax: (702) 459-1585                                                   Fax: (702)382-5816
Email: Robert.kurthlawoffice@gmail.com           Email: canderson@maclaw.com
Attorney for Plaintiffs                                                  Attorney for Defendants

## **ORDER**

In consideration of the Stipulation by the Parties and good cause appearing therefore,

**IT IS SO ORDERED.**

**Dated:December 31, 2025**

_____
**UNITED STATES MAGISTRATE JUDGE**